**FILED**

**NOV 18 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **4 : 25 CR 00566** |
| | ) | Title 18, United States Code, |
| BRENDA DIXSON, | ) | Sections 1791(a)(1), (b)(3), |
| JODI JOHNSON, | ) | (d)(1)(B), and 2; Title 21, United |
| | ) | States Code, Sections 841(a)(1), |
| Defendants. | ) | (b)(1)(C), (b)(1)(D) and 846 |
| | ) | |

**JUDGE BOYKO**

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D) and 846)

The Grand Jury further charges:

1.      Beginning on or about August 1, 2025, and continuing through on or about
October 18, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants
BRENDA DIXSON and JODI JOHNSON did knowingly and intentionally combine, conspire,
confederate, and agree together and with diverse others known and unknown to the Grand Jury to
possess with the intent to distribute and to distribute a mixture and substance containing a
detectable amount of marihuana and hashish, both Schedule I controlled substances, and a
mixture and substance containing a detectable amount of codeine, a Schedule II controlled
substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(1)(D)
and 846.

COUNT 2

(Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and (b)(1)(D))

The Grand Jury further charges:

2.      On or about October 18, 2025, in the Northern District of Ohio, Eastern Division, Defendants BRENDA DIXSON and JODI JOHNSON did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marihuana and hashish, both Schedule I controlled substances, and a mixture and substance containing a detectable amount of codeine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and (b)(1)(D).

COUNT 3

(Providing or Possessing Contraband in Prison, 18 U.S.C. §§ 1791(a)(1), (b)(3), and (d)(1)(B))

The Grand Jury further charges:

3.      On or about October 18, 2025, in the Northern District of Ohio, Eastern Division, Defendants BRENDA DIXSON and JODI JOHNSON attempted to provide an inmate confined at the Northeast Ohio Correctional Center, a Federal correctional institution, prohibited objects, to wit: codeine, hashish, marihuana, tobacco, vape cartridges, and cellphone chargers, in violation of Title 18, United States Code, Sections 1791(a)(1), (b)(3), and (d)(1)(B).

FORFEITURE

The Grand Jury further charges:

4.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference.  As a result of the foregoing offenses, Defendants BRENDA DIXSON and JODI JOHNSON shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of such violations; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.